No. 82–905. SOONER FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* OKLAHOMA TAX COMMISSION ET AL. Appeal from

Sup. Ct. Okla. dismissed for want of substantial federal question.